**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **PANTAURUS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:16-cv-00181** |
| | § | |
| **v.** | § | |
| | § | |
| **PULSE SECURE, LLC** | § | |
| | § | |
| **Defendant.** | § | |

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

In consideration of the Unopposed Motion for Dismissal with Prejudice of all claims asserted between Plaintiff Pantaurus LLC ("Plaintiff") and Defendant Pulse Secure LLC. ("Defendant"), the Unopposed Motion for Dismissal with Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 13th day of May, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE